UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIPPE DIDIER SEBASTIEN ANGRAD,<br>       Petitioner,<br><br>    v.<br><br>ANTONE MONIZ, *Superintendent,*<br>*Plymouth County Correctional Facility,*<br>PATRICIA HYDE, *Acting Field Office Director,*<br>*Immigration and Customs Enforcement, Boston,*<br>TODD LYONS, *Acting Director of U.S.*<br>*Immigration and Customs Enforcement*,<br>KRISTI L. NOEM*, Secretary of the U.S.*<br>*Department of Homeland Security* and<br>MICHAEL KROL, *HSI New England Special*<br>*Agent in Charge*,<br>       Respondents. | CIVIL ACTION NO.<br>25-12834-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

      In accordance with this Court's Order (ECF #9) issued on October 30, 2025, denying the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Respondents against the Petitioner.

                                                 BY THE COURT,

                                                 */s/ Barbara I. Beatty*

DATED: October 30, 2025                      Deputy Clerk